IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
AT YOUNGSTOWN

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 05-48129 |
| | ) | |
| MICHAEL F. PERETTI | ) | |
| | ) | JUDGE KAY WOODS |
| | ) | |
| Debtor(s) | ) | DIVIDENDS LESS THAN $5.00 |
| | ) | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to 11 U.S.C. §347 and Bankruptcy Rule 3010 the herein Trustee has dividend distribution less than $5.00 and has submitted a check herewith payable to Clerk, U.S. Bankruptcy Court, in the amount of $5.58.

The dividend relates to the following claimants:

        Ohio Edison
        Bankruptcy Dept.
        6898 Miller Rd.
        Brecksville, OH 44141-3222

        $2.63

        State of Ohio, Department of Taxation
        C/o Mary Beth Houser
        11 Federal Plaza Central, Suite 1200
        Youngstown, OH 44503

        $2.95

**TOTAL:**         **$5.58**

2. My Trustee's check for $5.58 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

DATE: February 4, 2010                              /s/ Michael D. Buzulencia
                                                    MICHAEL D. BUZULENCIA
                                                    Chapter 7 Trustee
                                                    150 E. Market St.
                                                    Suite 300
                                                    Warren, OH 44481
                                                    (330) 392-8551
                                                    Fax no. : (330) 392-7030
                                                    buzulenciatrustee@mahoningvalleylaw.com
                                                    OHIO BAR REG. NO. 0015291


## CERTIFICATE OF SERVICE

The U.S. Bankruptcy Court served the foregoing Transmittal of Unclaimed funds to the following parties:

U.S. Trustee
Howard M. Metzenbaum U.S. Court House
201 Superior Ave., Room 441
Cleveland, OH 44114


                                                    /s/ Michael D. Buzulencia
                                                    MICHAEL D. BUZULENCIA
                                                    CHAPTER 7 TRUSTEE